DAVID F. MCDOWELL (CA SBN 125806)
DMcDowell@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California  90017-3543
Telephone: 213.892.5200

HAROLD J. MCELHINNY (CA SBN 66781)
HMcElhinny@mofo.com
JACK W. LONDEN (CA SBN 85776)
JLonden@mofo.com
SAMUEL J.B. LUNIER (CA SBN 252732)
SLunier@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIMEE LAMBERT, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a Minnesota corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.   2:14-cv-00156-TLN-CK<br><br>**STIPULATION AND ORDER STAYING PROCEEDING PENDING MDL CONSIDERATION**<br><br>Hon. Troy L. Nunley |

Plaintiff Aimee Lambert and Defendant Target Corporation ("Target"), by and through their attorneys of record, do hereby stipulate and agree to the following:

RECITALS

WHEREAS Plaintiff filed the complaint in the above-captioned action against Target on January 21, 2014 ("Complaint");

WHEREAS Target has identified at least 75 actions (together with this case, the "Actions") asserting substantially similar allegations against Target pending in courts across the country;

WHEREAS there have been numerous petitions submitted to the Judicial Panel on Multidistrict Litigation ("JPML") to consolidate the Actions into a single multidistrict litigation ("MDL") pursuant to 28 U.S.C. § 1407;

WHEREAS all briefing with regard to these petitions was completed on January 30, 2014;

WHEREAS more than 40 Plaintiffs in the various Actions, along with Target, have advised the JPML that they support consolidation and transfer of the Actions;

WHEREAS no Plaintiffs in any of the Actions have advised the JPML that they oppose consolidation or transfer;

WHEREAS the parties expect that this action, along with the other Actions, will be consolidated into an MDL,[1] and that the JPML will also decide where the cases will be transferred as an MDL;

WHEREAS this action has only just commenced and there has been no activity in the case;

WHEREAS this Court has the inherent power to grant a stay, especially in circumstances such as here, where doing so would promote judicial economy and avoid prejudice to the parties, *see, e.g.*, *Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936); *Vantine v. Merck & Co., Inc.*, No. S-06-2851, 2007 WL 516389, at *1 (E.D. Cal. Feb. 12, 2007) (staying action pending JPML

---

[1] *See In Re: Target Corporation Security Breach of Customer's Financial Data*, MDL No. 2522, ECF No. 90-1, at 4 (listing this action as one of the actions to be consolidated).

STIPULATION AND ORDER STAYING PROCEEDING PENDING MDL CONSIDERATION            1
sf-3380577

decision);

WHEREAS absent a stay, the Court and the parties would face case management obligations and deadlines and, in light of the likelihood that there will be an MDL consolidating these actions for the purpose of pretrial proceedings, a stay is necessary and prudent to avoid duplication of pretrial efforts by the parties, any waste of judicial resources, and the risk conflicting rulings;

WHEREAS the parties have met and conferred and agree that this action should be stayed pending a decision by the JPML regarding the MDL Number 2522;

## STIPULATION

NOW, THEREFORE, the parties hereby stipulate and request that the Court enter an order stating that:

1.   This action is stayed pending the transfer decision of the Judicial Panel on Multidistrict Litigation (the "MDL Panel");

2.   All deadlines, including Target's obligation to respond to Plaintiff's complaint, are vacated until further order of the Court; and

3.   The parties shall notify the Court of the MDL Panel's decision within 10 days of the decision.

Respectfully submitted,

Dated: February 7, 2014

DAVID F. MCDOWELL
HAROLD J. MCELHINNY
JACK W. LONDEN
SAMUEL J.B. LUNIER
MORRISON & FOERSTER LLP

By:  /s/ Samuel J.B. Lunier
SAMUEL J.B. LUNIER

Attorneys for Defendant
TARGET CORPORATION

Dated: February 7, 2014

THOMAS A. KEARNEY
PRESCOTT W. LITTLEFIELD
KEARNEY LITTLEFIELD, LLP

By:  /s/ Prescott W. Littlefield
PRESCOTT W. LITTLEFIELD

Attorneys for Plaintiff
AIMEE LAMBERT

FILER'S ATTESTATION

Samuel J.B. Lunier hereby attests that concurrence in the filing of this document has been obtained pursuant to Local Rule 131(e).

**IT IS SO ORDERED**

Dated: February 7, 2014

Troy L. Nunley
United States District Judge