UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**FILED**
Apr 15, 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN RE: TARGET CORPORATION CUSTOMER
DATA SECURITY BREACH LITIGATION

MDL No. 2522

**CAED Case # 2:14-cv-156 TLN CKD**

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO −1)

On April 2, 2014, the Panel transferred 27 civil action(s) to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See _F.Supp.2d_ (J.P.M.L. 2014). Since that time, no additional action(s) have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Paul A Magnuson.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Magnuson.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the District of Minnesota for the reasons stated in the order of April 2, 2014, and, with the consent of that court, assigned to the Honorable Paul A Magnuson.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A true printed copy in 5 sheet(s) of the ... filed on ... in the ... District Court ... Minnesota.

CERTIFIED 4/15, 2014.

BY: _____

IN RE: TARGET CORPORATION CUSTOMER
DATA SECURITY BREACH LITIGATION

MDL No. 2522

## SCHEDULE CTO-1 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **ALABAMA MIDDLE** | | | |
| ALM | 2 | 13-00939 | Dickson, et al. v. Target Corporation  14cv1073 PAM/JJK |
| ALM | 2 | 13-00952 | Alabama State Employees Credit Union v. Target Corporation  14cv1075 PAM/JJK |
| **ALABAMA NORTHERN** | | | |
| ALN | 2 | 14-00092 | McFerrin v. Target Corporation  14cv1076 PAM/JJK |
| **ARKANSAS WESTERN** | | | |
| ARW | 4 | 14-04012 | Commercial Bancshares, Inc. v. Target Corporation  14cv1077 PAM/JJK |
| **CALIFORNIA CENTRAL** | | | |
| CAC | 2 | 13-09461 | Kennelyn Sue Saiz v. Target Corporation et al  14cv1078 PAM/JJK |
| CAC | 2 | 13-09519 | Regina Merino v. Target Corporation  14cv1079 PAM/JJK |
| CAC | 2 | 14-00003 | Jacqueline Cullen v. Target Corporation et al  14cv1080 PAM/JJK |
| CAC | 2 | 14-00294 | Thomas Dorobiala et al v. Target Corporation  14cv1081 PAM/JJK |
| CAC | 2 | 14-01450 | Jason Kirschenstein v. Target Corporation  14cv1082 PAM/JJK |
| CAC | 8 | 14-00037 | Ayman Mousa v. Target Corporation  14cv1083 PAM/JJK |
| **CALIFORNIA EASTERN** | | | |
| CAE | 2 | 14-00156 | Lambert v. Target Corporation  14cv1087 PAM/JJK |
| **CALIFORNIA NORTHERN** | | | |
| CAN | 3 | 14-00053 | Layton et al v. Target Corporation  14cv1088 PAM/JJK |
| CAN | 3 | 14-00129 | Alvarez v. Target Corporation  14cv1089 PAM/JJK |
| CAN | 3 | 14-00212 | Mancias et al v. Target Corporation  14cv1090 PAM/JJK |
| CAN | 3 | 14-00218 | Mongold v. Target Corporation  14cv1091 PAM/JJK |
| CAN | 3 | 14-00577 | Smith et al v. Target Corporation  14cv1092 PAM/JJK |
| **CALIFORNIA SOUTHERN** | | | |

| | | | | |
|---|---|---|---|---|
| CAS | 3 | 14-00121 | McLarry et al v. Target Corporation et al | 14cv1094 PAM/JJK |
| CAS | 3 | 14-00563 | Gardner v. Target Corporation | 14cv1097 PAM/JJK |

**GEORGIA NORTHERN**

| | | | | |
|---|---|---|---|---|
| GAN | 1 | 14-00222 | Hawkins v. Target Corporation | 14cv1098 PAM/JJK |

**ILLINOIS NORTHERN**

| | | | | |
|---|---|---|---|---|
| ILN | 1 | 13-09336 | Due Fratelli, Inc. v. Target Corporation | 14cv1099 PAM/JJK |

**ILLINOIS SOUTHERN**

| | | | | |
|---|---|---|---|---|
| ILS | 3 | 14-00022 | Rippy v. Target Brands, Inc. | 14cv1100 PAM/JJK |

**KENTUCKY WESTERN**

| | | | | |
|---|---|---|---|---|
| KYW | 3 | 14-00035 | Meeley v. Target Corporation | 14cv1101 PAM/JJK |

**LOUISIANA EASTERN**

| | | | | |
|---|---|---|---|---|
| LAE | 2 | 14-00570 | First National Bank USA v. Target Corporation of Minnesota | 14cv1102 PAM/JJK |
| LAE | 2 | 14-00662 | McAdam v. Target Corporation | 14cv1103 PAM/JJK |
| LAE | 2 | 14-00663 | Fraser v. Target Corporation | 14cv1104 PAM/JJK |

**LOUISIANA MIDDLE**

| | | | | |
|---|---|---|---|---|
| LAM | 3 | 14-00051 | Christina v. Target Corporation of Minnesota et al | 14cv1105 PAM/JJK |

**MASSACHUSETTS**

| | | | | |
|---|---|---|---|---|
| MA | 1 | 13-13296 | Casey et al v. Target Corporation | 14cv1106 PAM/JJK |

**NEW HAMPSHIRE**

| | | | | |
|---|---|---|---|---|
| NH | 1 | 13-00555 | Raleigh v. Target Corporation | 14cv1108 PAM/JJK |

**NEW JERSEY**

| | | | | |
|---|---|---|---|---|
| NJ | 2 | 13-07866 | SANTOS et al v. TARGET CORPORATION et al | 14cv1109 PAM/JJK |

**NEW MEXICO**

| | | | | |
|---|---|---|---|---|
| NM | 1 | 14-00292 | Animas Credit Union v. Target Corporation | 14cv1110 PAM/JJK |

**NEW YORK EASTERN**

| | | | | |
|---|---|---|---|---|
| NYE | 1 | 14-00338 | Pietanza et al v. Target Corporation et al | 14cv1111 PAM/JJK |

**NEW YORK SOUTHERN**

14cv1112 PAM/JJK

### NORTH CAROLINA MIDDLE

| | | | | |
|---|---|---|---|---|
| NCM | 1 | 14-00042 | BRYANT v. TARGET CORPORATION | RCVD |

14cv1113 PAM/JJK

### NORTH CAROLINA WESTERN

| | | | |
|---|---|---|---|
| NCW | 3 | 14-00022 | Knox v. Target Corporation |

14cv1114 PAM/JJK

### NORTH DAKOTA

| | | | |
|---|---|---|---|
| ND | 3 | 14-00011 | Farol et al v. Target Corporation |

14cv1115 PAM/JJK

### OHIO NORTHERN

| | | | |
|---|---|---|---|
| OHN | 1 | 13-02850 | Mannion v. Target Corporation |

14cv1116 PAM/JJK

### OKLAHOMA NORTHERN

| | | | |
|---|---|---|---|
| OKN | 4 | 14-00083 | Noe v. Target Corporation |

14cv1117 PAM/JJK

### PENNSYLVANIA EASTERN

| | | | |
|---|---|---|---|
| PAE | 2 | 14-00209 | ELLISON v. TARGET CORPORATION et al |

14cv1118 PAM/JJK

### PENNSYLVANIA MIDDLE

| | | | |
|---|---|---|---|
| PAM | 1 | 14-00544 | Bankers Trust Company v. Target Corporation |

14cv1119 PAM/JJK

### PENNSYLVANIA WESTERN

| | | | |
|---|---|---|---|
| PAW | 2 | 14-00146 | FIRST CHOICE FEDERAL CREDIT UNION v. TARGET CORPORATION |
| PAW | 2 | 14-00175 | NORTH DISTRICTS COMMUNITY CREDIT UNION v. TARGET CORPORATION |

14cv1120 PAM/JJK
14cv1121 PAM/JJK

### SOUTH CAROLINA

| | | | |
|---|---|---|---|
| SC | 4 | 14-00262 | Bess v. Target Corporation |

14cv1122 PAM/JJK

### TENNESSEE WESTERN

| | | | |
|---|---|---|---|
| TNW | 2 | 14-02071 | Crawford v. Target Corporation |

14cv1123 PAM/JJK

### TEXAS NORTHERN

| | | | |
|---|---|---|---|
| TXN | 3 | 14-00549 | Employees Credit Union et al v. Target Corporation |

14cv1124 PAM/JJK

### UTAH

| | | | | |
|---|---|---|---|---|
| UT | 2 | 13-01136 | Christensen et al v. Target | Opposed 4/9/14 |

| | | | |
|---|---|---|---|
| WAW | 2 | 14-00079 | Sutton v. Target Corporation 14cv1125 PAM/JJK |
| WAW | 2 | 14-00282 | Sound Community Bank v. Target Corporation 14cv1126 PAM/JJK |

WISCONSIN WESTERN

| | | | |
|---|---|---|---|
| WIW | 3 | 14-00105 | Schafer, Kas et al v. Target Corporation et al  14cv1127 PAM/JJK |